**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

IN RE:                                                                          )
  BENEDICT, KIRK J

                                            )  CASE NO. 07-22660   -JPK
                           Debtor(s)     )  Chapter 7

NOTICE OF DEPOSIT OF LESS THAN $5.00
TO UNITED STATES BANKRUPTCY COURT
CLERK'S REGISTRY CHECKING ACCOUNT

TO: THE HONORABLE J. PHILIP KLINGEBERGER:

      Comes now David R. DuBois, Trustee, and applies to the Court as follows:

      1.  I am the duly appointed Trustee and, as such, hold funds of this estate which should be distributed to creditors thereof.

      2.  Pursuant to FRBP 3011, the following creditors are entitled to distribution of less than $5.00 each:

      Claim No. 1-1, Asset Acceptance LLC, P.O. Box 2036, Warren, MI 48090. - $0.28
      Claim No. 2-1, Dr. Ara Yeretsian, c/o CBUSA, Inc., P.O. Box 8000, Hammond, IN 46320. - $0.06
      Claim No. 3-1, Methodist Hospital & Franciscan Phys. Network, c/o Creditors Discount & Audit, P.O. Box 213, Streator, IL 61364. - $1.59
      Claim No. 4-1, Aargon Collection Agency, 3025 W. Sahara, Las Vegas, NV 89102. - $0.05
      Claim No. 5-1, Aargon Collection Agency, 3025 W. Sahara, Las Vegas, NV 89102. - $0.89
      Claim No. 6-1, Lakeside Federal Credit Union, 7020 Indianapolis Ave., Hammond, IN 46324. - $0.38
      Claim No. 7-1, Lakeside Federal Credit Union, 7020 Indianapolis Ave., Hammond, IN 46324. - $0.25
      Claim No. 8-1, Lakeside Federal Credit Union, 7020 Indianapolis Ave., Hammond, IN 46324. - $0.36
      Claim No. 9-1, Northern IN Neuro., Institute, c/o Genetos Retson Yoon & Molina, 8585 Broadway, Ste. 480, Merrillville, IN 46410. - $0.94
      Claim No. 10-1, CCSI, P.O. Box 10428, Merrillville, IN 46411. - $0.31
      Claim No. 11-1, Calvalry Portfolio Service, c/o Americredit, 7 Skyline Dr., 3rd Floor, Hawthorne, NY 10532. - $4.76
      Claim No. 12-1, Nevada Power, c/o Credit Bureau Central, 2980 S. Jones Blvd., #A, Las Vegas, NV 89146. - $0.13, for a combine total of $10.00.

      3.  Pursuant to FRBP 3010 the distributions shown in paragraph 2 are to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

      4.  Trustee believes it appropriate that the sum(s) set forth in paragraph 2 be paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

      Dated in Portage, Indiana on February 22, 2011.

s/s David R. DuBois

David R. DuBois, Trustee and
 Trustee's attorney, #4609-64
6226 Central Avenue, P.O. Box 14
Portage, IN 46368-0014
Telephone: (219)762-5574
Email: dave.dubois@verizon.net

<u>CERTIFICATE OF SERVICE</u>

I certify that on this date service of a true and complete copy of the foregoing instrument was made on the following persons by electronic filing as shown on the Notice of Electronic Filing or by depositing the same in the United States Mail in a properly addressed and stamped envelope:

United States Trustee, 100 E. Wayne St., Ste. 555, South Bend, IN 46601

Asset Acceptance LLC, P.O. Box 2036, Warren, MI 48090

Dr. Ara Yeretsian, c/o CBUSA, Inc., P.O. Box 8000, Hammond, IN 46320

Methodist Hospital & Franciscan Phys. Network, c/o Creditors Discount & Audit, P.O. Box 213, Streator, IL 61364

Aargon Collection Agency, 3025 W. Sahara, Las Vegas, NV 89102

 Lakeside Federal Credit Union, 7020 Indianapolis Ave., Hammond, IN 46324

Northern IN Neuro., Institute, c/o Genetos Retson Yoon & Molina, 8585 Broadway, Ste. 480, Merrillville, IN 46410

CCSI, P.O. Box 10428, Merrillville, IN 46411.

Calvalry Portfolio Service, c/o Americredit, 7 Skyline Dr., 3rd Floor, Hawthorne, NY 10532.

Nevada Power, c/o Credit Bureau Central, 2980 S. Jones Blvd., #A, Las Vegas, NV 89146.

Dated at Portage, IN on February 22, 2011.

/s/ David R. DuBois
David R. DuBois, Trustee